O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| VINCENTE ARANA AND JOVITA ARANA<br><br>    Plaintiffs,<br>  v.<br><br>COUNTRYWIDE HOME LOANS, INC., CALIFORNIA EMPIRE BANCORP, INC., AND DOES 1-10,<br><br>    Defendants. | ) CIVIL ACTION: EDCV08-00085 SGL<br>) (JCRx)<br>)<br>) Hon. Stephen G. Larson<br>)<br>) ORDER FOR DISMISSAL OF<br>) ENTIRE COMPLAINT WITHOUT<br>) PREJUDICE<br>) |

**PROPOSED ORDER FOR DISMISSAL OF ENTIRE COMPLAINT WITHOUT PREJUDICE**

The above titled action is dismissed WITHOUT prejudice as to ALL Defendants.

**It is so ordered.**

Dated:      October 20, 2008

*[signature: S.G. Larson]*

The Honorable STEPHEN G. LARSON

United States District Judge